# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2472 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 62 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 66308 |
| | : | |
| LORI A. REXROTH | : | (Lycoming County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of July, 2018, the Joint Petition for Immediate Temporary Suspension is granted, Lori A. Rexroth is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and she shall comply with all the provisions of Pa.R.D.E. 217. Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).